# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KELLY MANTERIS,                              )<br>                                                        )<br>                          Plaintiff,      )<br>                                                        )<br>vs.                                                    )<br>                                                        )<br>WAL-MART STORES, INC.,              )<br>                                                        )<br>                          Defendant.   )<br>_____ ) | Case No. 2:11-cv-00045-PMP-PAL<br><br>**ORDER** |

This matter is before the court on the parties' failure to file a Joint Status Report as required in Order (Dkt. #4) entered January 11, 2011, regarding removal of this case to federal district court. On February 8, 2011, Defendante filed a signed Statement (Dkt. #8) which complied with the court's order that the removing party file a statement providing the information specified. However, the parties have not submitted a Joint Status Report regarding removal as required. Accordingly,

**IT IS ORDERED** the parties shall file a Joint Status Report **no later than 4:00 p.m., March 8, 2011,** which must:

1. Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.
2. Include a statement by counsel of action required to be taken by this court.
3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

Dated this 22nd day of February, 2011.

_____
Peggy A. Leen
United States Magistrate Judge