UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KELLY MANITERIS,<br><br>  Plaintiff,<br><br> vs.<br><br>WAL-MART STORES, INC., A Delaware corporation, et al.,<br><br>  Defendants. | 2:11-CV-00045-PMP-PAL<br><br>**ORDER** |

On May 2, 2001, the Court conducted a hearing regarding Plaintiff's Motion to Amend Complaint to Substitute Name of Party (Doc. #9), and Plaintiff's Motion for Order to Remand Case to Sate Court and Requiring Payment of Plaintiff's Actual Expenses and Attorney's Fees Incurred as Result of Removal (Doc.'s #10 and #11).

Having considered these fully briefed motions, and the arguments of counsel presented at the hearing, and finding that the proposed Defendant Ned Jaictin is not a necessary Defendant for the adjudication of this case, and finding further that Plaintiff's ability to obtain complete relief would not be prejudiced by excluding Ned Jaictin as a party Defendant, and good cause appearing,

**IT IS ORDERED that** Plaintiff's Motion to Amend Complaint to Substitute Name of Party (Doc. #9) is **DENIED**.

///

///

**IT IS FURTHER ORDERED that** Plaintiff's Motion for Order to Remand Case to Sate Court and Requiring Payment of Plaintiff's Actual Expenses and Attorney's Fees Incurred as Result of Removal (Doc.'s #10 and #11) is **DENIED**.

**IT IS FURTHER ORDERED that** Plaintiff's First Motion to Strike (Doc. #29) is **DENIED**.

DATED:  May 9, 2011.

_____
PHILIP M. PRO
United States District Judge

2