1
2
3
4
5                          **UNITED STATES DISTRICT COURT**
6                                **DISTRICT OF NEVADA**
7   KELLY MANTERIS,                        )
                                           )        Case No. 2:11-cv-00045-PMP-PAL
8                          Plaintiff,      )
                                           )                **ORDER**
9   vs.                                    )
                                           )        (Mtns to Quash - Dkt. ##43, 45, 47, 48)
10  WAL-MART STORES, INC., et al.,         )
                                           )
11                         Defendants.     )
    _____    )
12

13          This matter is before the court on Non-Party Target Corporation's Emergency Motion to Quash

14  Subpoena to Testify at a Deposition and for Protective Order (Dkt. #43) filed July 6, 2011; Non-Party

15  Walgreen Co.'s Emergency Motion to Quash Subpoena (Dkt. #45) filed July 7, 2011; and Non-Party K-

16  Mart Corporation's Motion to Quash Subpoena (Dkt. #47) and Motion for a Protective Order (Dkt.

17  #48), filed July 7, 2011.

18          Each motion seeks a protective order and to quash subpoenas issued by Plaintiff's counsel on

19  July 6, 2011, which direct the movants to designate a corporate representative to appear and testify

20  concerning the entryway carpeting at their respective stores.  The movants each request the court hear

21  their motions on an expedited basis because the depositions are set on July 8, 2011.

22          Having reviewed and considered the matter,

23          **IT IS ORDERED:**

24          1.      A temporary protective order is entered precluding the depositions noticed by Plaintiff's

25                  counsel from going forward on July 8, 2011, pending a decision on the merits of the

26                  motions.

27          2.      Plaintiff has until **July 21, 2011,** in which to respond to the Non-Parties' motions.

28          3.      The Non-Parties have until **July 28, 2011,** in which to reply.

4.      A hearing on the motions is set **August 4, 2011, at 9:30 a.m.**

Dated this 7th day of July, 2011.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE