**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KELLY MANTERIS,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC., et al.,<br><br>　　　　　　　Defendants. | Case No. 2:11-cv-00045-PMP-PAL<br><br>**ORDER**<br><br>(Mtn. to Quash - Dkt. #58) |

This matter is before the court on Non-Party Nevada CVS Pharmacy, LLC's Emergency Motion to Quash Plaintiff's Subpoena to Testify at a Deposition and for Protective Order (Dkt. #58) filed July 19, 2011. The motion seeks a protective order and to quash the subpoena issued by Plaintiff's counsel on July 6, 2011, but not served until July 14, 2011, which directs the movant to designate a corporate representative to appear and testify concerning the entryway carpeting at its respective store(s). The movant requests the court hear its motion on an expedited basis because the depositions are set on July 20, 2011.

Having reviewed and considered the matter,

**IT IS ORDERED:**

1. A temporary protective order is entered precluding the deposition noticed by Plaintiff's counsel from going forward on July 20, 2011, pending a decision on the merits of the motion.
2. Plaintiff has until **July 28, 2011,** in which to respond to motion.
3. Non-Party CVS Pharmacy, LLC has until **August 2, 2011,** in which to reply.

///

///

4.   A hearing on the motion is set **August 4, 2011, at 9:30 a.m.,** along with the other motions that are currently scheduled for that same date and time.

Dated this 20th day of July, 2011.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE