UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

* * *

KELLY MANTERIS,

      Plaintiff,

vs.

WAL-MART STORES, INC.

      Defendant.

**O R D E R**

2:11-CV-45-PMP-CWH

**IT IS ORDERED** this case is referred to Magistrate Judge Carl Hoffman to schedule a settlement conference, at a time mutually convenient to the Court and parties, between January 2, 2013, and March 1, 2013.

Dated: December 14, 2012.

_____
PHILIP M. PRO, UNITED STATES DISTRICT JUDGE