UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KELLY MANTERIS,            )<br>                                          )<br>          Plaintiff,            )<br>                                          )<br>vs.                                   )<br>                                          )<br>WAL-MART STORES, INC. )<br>                                          )<br>          Defendant.          ) | **O R D E R**<br><br>2:11-CV-45-PMP-CWH |

**IT IS ORDERED** this case is referred to Magistrate Judge Carl Hoffman to schedule a settlement conference, at a time mutually convenient to the Court and parties, between January 2, 2013, and March 1, 2013.

Dated: December 14, 2012.

_____
PHILIP M. PRO, UNITED STATES DISTRICT JUDGE