UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KELLY MANTERIS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC., A Delaware corporation, et al.,<br><br>　　　　Defendants. | 2:11-CV-00045-PMP-PAL<br><br>**ORDER RE: DOC #100** |

　　　Having read and considered Defendant Wal-Mart Stores' Motion in Limine No. 9 (Doc. #100), Plaintiff's response in opposition thereto (Doc. #126), Defendant Wal-Mart's Reply (Doc. #147), and having further considered the arguments of counsel presented at the hearing conducted August 7, 2012, and further having considered the Opinion of the Nevada Supreme Court recently entered in FGA, Inc. v. Giglio, 278 P.3d 490 (Nev. 2012), and good cause appearing,

　　　**IT IS ORDERED** Defendant's Motion in Limine No. 9 (Doc. #100) is **DENIED**.

DATED: December 19, 2012.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　PHILIP M. PRO
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge