UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DENNIS TALLMAN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CPS SECURITY (USA) INC., et al., <br><br> Defendants. | 2:09-CV-944-PMP-PAL |
| KEYBANK NATIONAL ASSOCIATION, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> LAWRENCE J. WINNERMAN, et al., <br><br> Defendants. | 2:10-CV-352-PMP-VCF |
| DAECHULL CHUNG, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> OFFICER CHRISTOPHER DENNIS, <br><br> Defendant. | 2:10-CV-277-PMP-GWF |
| RICHARD VILLEGAS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> LYLE SLAGHT, et al., <br><br> Defendants. | 2:10-CV-1051-PMP-VCF |
| KELLY MANTERIS <br><br> Plaintiff, <br><br> vs. <br><br> WAL-MART STORES, INC., <br><br> Defendant. | 2:11-CV-45-PMP-CWH |

# **O R D E R**

In view of the Court's current schedule of criminal trials in March and April and the Court's unavailability for the months of May and June, combined with the limited judicial and

staffing resources of the United States District Court for the District of Nevada, and further in light of the mandate of the Speedy Trial Act, 18 USC 1361, et sec., which requires that criminal cases take priority over the trials of civil cases, all of which makes it impossible for the Court to maintain the currently projected trial dates for the civil cases listed below.

**IT IS ORDERED** that counsel for the parties in the following cases listed below shall appear on **MARCH 6, 2013, at 9:30 A.M.** in Courtroom 7C for Status Conference and to further address the rescheduling of these cases for trial.

```
2:09-CV944-PMP-PAL - Dennis Tallman, et al. v. CPS Security, et al.
2:10-CV-352-PMP-VCF - Keybank National Association, et al., v. Winnerman, et al.
2:10-CV-277-PMP-GWF - Daechull Chung, et al. v. Officer Christopher Dennis
2:10-CV-1051-PMP-VCF - Richard Villegas, et al.  v. Lyle Slaght, et al.
2:11-CV-45-PMP-CWH - Kelly Manteris v. Wal-Mart Stores, Inc.
```

Dated: February 25, 2013.

_____
PHILIP M. PRO, UNITED STATES DISTRICT JUDGE